**STATE of Missouri, Plaintiff/Respondent,**

v.

**John Darryl RUFF, Defendant/Appellant.**

No. ED 76398.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 23, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 17, 2000.

Application for Transfer Denied Aug. 29, 2000.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

John Munson Morris, III, Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of possession of a controlled substance, in violation of Section 195.202 RSMo (1994). The trial court found defendant to be a prior drug offender and persistent offender and sentenced him to ten years imprisonment.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).